O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO SARABIA,<br><br>              Petitioner,<br><br>     vs.<br><br>LARRY SMALL, WARDEN,<br><br>              Respondent. | CASE NO. SA CV 09-01170 JST (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 10.17.10

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE