O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO SARABIA,<br><br>                    Petitioner,<br><br>          vs.<br><br>LARRY SMALL, WARDEN,<br><br>                    Respondent. | CASE NO. SA CV 09-01170 JST (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of ROBERTO SARABIA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 10.17.10

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE